**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DENYS PARRILLA,**

    **Plaintiff,**

v.                                     **CASE NO.: 8:20-cv-02913-KKM-AAS**

**AAA CARROLLWOOD /aka/
THE AMERICAN AUTOMOBILE
ASSOCIATION /aka/ THE AUTO
CLUB GROUP,**

    **Defendant.**
_____/

**NOTICE OF MEDIATION**

Pursuant to the Court's Case Management and Scheduling Order dated March 18, 2021 [Dkt. 15], Defendant AAA CARROLLWOOD /aka/ THE AMERICAN AUTOMOBILE ASSOCIATION /aka/ THE AUTO CLUB GROUP hereby notifies the Court that mediation has been scheduled with mediator Christopher Shulman of Shulman ADR Law, P.A. on **Friday, September 17, 2021 at 10:00 AM** via video conference.

Respectfully submitted, this 9th day of April 2021.

                                               */s/Christine Howard*
                                               Christine Howard, Esq.
                                               Florida Bar No.: 872229
                                               choward@fisherphillips.com
                                               Brett P. Owens, Esq.
                                               Florida Bar No.: 0112677
                                               bowens@fisherphillips.com
                                               FISHER & PHILLIPS LLP
                                               101 E. Kennedy Blvd., Suite 2350
                                               Tampa, FL 33602
                                               Telephone:    (813) 769-7500
                                               Facsimile:     (813) 769-7501

                                               *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the following:

Derek P. Usman, Esq.
The Usman Law Firm, P.A.
20701 Bruce B. Downs, Blvd.
Suite 2017
Tampa, Florida 33647
Telephone: (813) 377-1197
Facsimile: (312) 528-7684
derek@usmanfirm.com

                                                   */s/ Christine Howard*
                                                 Attorney

FP 40298807.1